# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Live Face On Web, LLC
Search Results: Displaying 14 of 37 entries



### *LIVE FACE ON WEB, LLC -- Javascript Version 6.0.3.*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu001610432 / 2007-12-20 |
| **Application Title:** | LIVE FACE ON WEB, LLC -- Javascript Version 6.0.3. |
| **Title:** | LIVE FACE ON WEB, LLC -- Javascript Version 6.0.3. |
| **Description:** | Print material. |
| **Copyright Claimant:** | Live Face on web, LLC. Address: 1300 Industrial Blvd., Suite 202, SOuthhampton, Pa 18966. |
| **Date of Creation:** | 2007 |
| **Authorship on Application:** | Live Face on web, LLC, employer for hire; Citizenship: United States. Authorship: New text; changes in existinq text. |
| **Pre-existing Material:** | Prior versions of this work. |
| **Basis of Claim:** | New text; changes to existing text. |
| **Names:** | Live Face on web, LLC |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

EXHIBIT B



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Live Face On Web, LLC
Search Results: Displaying 16 of 37 entries



### *LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0.*

|                              |                                                                                                                 |
|-----------------------------:|-----------------------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Computer File                                                                                                   |
| **Registration Number / Date:** | TXu001610441 / 2007-12-20                                                                                    |
| **Application Title:**       | LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0.                                                              |
| **Title:**                   | LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0.                                                              |
| **Description:**             | Print material.                                                                                                 |
| **Copyright Claimant:**      | Live Face on Web, LLC. Address: 1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966.                     |
| **Date of Creation:**        | 2007                                                                                                            |
| **Authorship on Application:** | Live Face on Web, LLC, employer for hire; Citizenship: United States. Authorship: New text; chancfes in existinq text. |
| **Pre-existing Material:**   | Prior versions of this work.                                                                                    |
| **Basis of Claim:**          | New text; changes to existing text.                                                                             |
| **Names:**                   | Live Face on Web, LLC                                                                                           |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-605-244

**Effective date of registration:**

October 1, 2012

---

### Title
- **Title of Work:** Live Face On Web, LLC -- Javascript Version 10.0.0

### Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** October 1, 2012
- **Nation of 1st Publication:** United States

### Author
- **Author:** Live Face On Web, LLC
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Live Face On Web, LLC
  1300 Industrial Blvd., Ste. 212, Southampton, PA, 18966, United States

### Limitation of copyright claim
- **Material excluded from this claim:** computer program
- **New material included in claim:** computer program

### Rights and Permissions
- **Organization Name:** Live Face On Web, LLC
- **Name:** Yury Getsky
- **Email:** yury@livefaceonweb.com
- **Telephone:** 215-355-3501
- **Address:** 1300 Industrial Blvd
  Ste. 212
  Southampton, PA 18966 United States

### Certification

Page 1 of 2

**Name:** Yury Getsky

**Date:** October 1, 2012

---

